O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALBERTO MIRANDA CASTRO,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.<br><br>  Respondents. | Case No. 5:26-cv-00558-PA-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 16), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 31). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 33) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge. IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition.

DATED: June 17, 2026



_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE