JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO ALBERTO MIRANDA CASTRO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.

Respondents.

Case No. 5:26-cv-00558-PA-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

DATED: June 17, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE